CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: **HUDSON**  
REPORTER: **LISCIO, OCR**  
DOCKET NO. **3:25-CR-97**  
DATE: **SEPTEMBER 4, 2025**

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. Jarmonte McLaurine     1. Lauren Whitley
2. _____        2. _____
3. _____        3. _____
4. _____        4. _____

**APPEARANCES:** GOVERNMENT __Stephen Anthony__ (✓)  
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT (✓)   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )  MOTIONS (✓)  
OTHER: _____ ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER: _____ ( )

**ARRAIGNMENT PROCEEDINGS:**

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**  
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )  
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )  
PLEA BARGAIN AGREEMENT FILED ( )  
STATEMENT OF FACTS FILED ( )  USED AS SUMMARY ( )  
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )  
COURT ACCEPTED PLEA ( )  GOVERNMENT SUMMARIZED EVIDENCE ( )  
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )  
PRESENTENCE REPORT ORDERED ( )  P.S.I. WAIVED ( )  
SENTENCING GUIDELINE ORDER ENTERED ( )

**BOND HEARING PROCEEDINGS:** DEFENDANT CONTINUED ON PRESENT BOND ( )  DEFT REMANDED (✓)  
BENCH WARRANT TO ISSUE ( )  MOTION DENIED ( )

**OTHER PROCEEDINGS:** Deft's motion to continue hearing (ECF 15); argument heard; motion granted

**CASE CONTINUED TO:** Sept. 25, 2025 AT 9:30 A.M. FOR Plea Hrg.

CASE SET: 10:00   BEGAN: 10:04   ENDED: 10:07   TIME IN COURT: :03